U.S. DISTRICT COURT
AUGUSTA DIV.

FILED

2011 JUN 16 AM 9:38



FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT OF GEORGIA.

Alvin Dexter Sanford

CV311 060

(Enter above full name of plaintiff or plaintiffs)

v.

Capt. Sam Zanders
Unit Manager-Annetta Toby
Sgt. Boston, Donna Palmer-Investigator
ofc. Patrick Deloach, Donald Barrow-Warden

(Enter above full name of defendant or defendants)

I. Previous lawsuits

   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?    Yes ____ No ✓

   If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit:

      Plaintiffs: Plaintiff has filed No other lawsuit dealing with the Same facts involved in this
      Defendants: action.

   2. Court (if federal court, name the district; if state court, name the county):

      N/A

   3. Docket number: _____

   4. Name of judge assigned to case: _____

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

___N/A___

6. Approximate date of filing lawsuit: ___N/A___

7. Approximate date of disposition: ___N/A___

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                    Yes _____  No __✓__

B. While incarcerated or detained in any facility, have you brought any lawsuits in federal court which deal with facts other than those involved in this action?
                                                                                Yes __✓__  No _____

If your answer to B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to previous lawsuit:

   Plaintiffs: ___Alvin Dexter Sanford___

   Defendants: ___Richard Pennington, Myron Freeman___

2. Court (name the district):

   ___United States District Court, Northern District___

3. Docket number: ___No. 4:07-cv-708-RLV___

4. Name of judge assigned to case: ___Robert L. Vining Jr.___

5. Disposition
(for example, was the case dismissed? appealed? is it still pending?):

___Dismissed as Moot___

6. Approximate date of filing lawsuit: ___March 26, 2007___

2

7. Approximate date of disposition: _March 17, 2008_

8. Were you allowed to proceed *in forma pauperis* (without prepayment of fees)? Yes ✔ No ___

C. As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim? Yes ✔ No ~~~~ ADS

1. If your answer to C is yes, name the court and docket number for each case:

   _United States District Court, Northern_  _4:07-cv-708-RLV_

II. Place of present confinement: _Augusta State Medical Prison, 3001 Gordon Hwy_

A. Is there a prisoner grievance procedure in this institution? Yes ✔ No ___

B. Did you present the facts relating to your complaint to the appropriate grievance committee? Yes ___ No ✔

C. If your answer to B is yes:

1. What steps did you take? _I exhausted all administrative remedies at Telfair State Prison through grievance process and appeal._

2. What was the result? _Warden Donald Barrow on date of 03-17-10 denied grievance._

3. Did you appeal any adverse decision to the highest level possible in the administrative procedure?   Yes ✓  No ___

If yes, what was the result? _Denial in all appeal procedure._

D. If you did not utilize the prison grievance procedure, explain why not: _N/A_

IV. Parties

(In Item A below, list your name as plaintiff and current address. Provide the name and address of any additional plaintiffs on an attached sheet.)

A. Name of plaintiff: _Alvin Dexter Sanford_
Address: _Augusta State Medical Prison_
_3001 Gordon Hwy, Grovetown Georgia 30813_

(In Item B below, list the defendant's full name, position, place of employment, and current address. Provide the same information for any additional defendants in Item C below.)

B. Name of defendant: _Sam Zanders_
Position: _Captain over Security_
Place of employment: _Telfair State Prison, P.O.Box 549 Helena, Ga 31037_
Current address: _Work address is all know at this time._

C. Additional defendants: _Sgt. Boston, Patrick Deloach, Annetta Toby,_
_Donald Barrow-Warden, Donna Palmer-Investigator_
_The work address is all that is known at this time._

4

V.   Statement of Claim

State here as briefly as possible the FACTS in your case. Describe how each defendant is personally involved in the depriving you of your rights. You must include relevant times, dates, places, and names of witnesses. DO NOT GIVE LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

At all relevant times herein, defendants were "Persons" for Purposes of 42 U.S.C. Section 1983 and acted under color of law to deprive Plaintiff of his constitutional right, as set forth below.

1.

On date of 01-17-10, Plaintiff had charges brought on him by Captain Sam Zanders of insubordination, in a hostile manner Capt. Sam Zanders made statement to Plaintiff and other inmates that "he would keep Plaintiff in F Building until July I Promise you that."

2.

On date of 01-17-10 Plaintiff was taken to F-building (the Hole) his room assignment was F-1-133 where inmate Alvin Lanier also would occupy. The Plaintiff and Lanier got along well, then Lanier was released back into general Population. Date unknown at this time.

3.

The next inmate to occupy the cell with Plaintiff was to be #631706 James Penson, a caucasian who had returned from A.S.M.P. after a violent episode he had at Telfair with some Mexicans he said he hated.

4.

James Penson often complained to Unit Manager Annetta Toby, Sgt. Boston and ofc. Patrick Deloach about his housing assignment he also use the grievance procedure to get isolated cause he was becoming hostile and irratated with being housed with black,

5

Attachment of Pg. (5)

## Statement of Claims

**5.**

James Penson also complained to Counselor Wilcox, about his need to be isolated. He expressed that he was going to "Nut up" if not isolated, But unit Manager Annetta Toby, Sgt. Boston, and Ofc. Patrick Deloach, ignored his request, Leaving Plaintiff in an AOS unsafe environment.

**6.**

On date of 02-03-10, Plaintiff and Penson was escorted to the Showers by Officer Patrick Deloach, and Sgt. Boston, after leaving Showers the Plaintiff expressed the irrational behavior of cellmate James Penson to Ofc. Patrick Deloach. The Officer Failed to Protect inmate Dexter Sanford.

**7.**

On date of 02-03-10, inmate James Penson attacked Cellmate and Plaintiff with a "concealed razor" a weapon he wasn't suppose to have in segregation, in an attempt to sever the Jugular vain of the Plaintiff.

**8.**

On date of 02-03-10 Unit Manager Annetta Toby, Sgt. Boston, and Ofc. Patrick Deloach all failed to remedy an attack that the attacker had warned of and asked for isolation.

Attachment-pg 3

## Statement of Claims

**9.**

While bleeding from his Neck and below his heart and about 15 other cuts and bruises the Plaintiff managed to subdue his attacker and call for help.

**10.**

Sgt. Boston appeared at port hole of door when Plaintiff yelled "he has a razor". Sgt. Boston did not erroneously open cell door to stop the attacker still wielding a razor at plaintiff, Sgt. Boston Failed to intervene and stop a razor wielding James Penson.

**11.**

Sgt. Boston instructed Plaintiff to step to the back of the cell, in which Plaintiff complied, in so doing so Penson Flushes the razor down the toilet, The delay to enter cell and stop the assault causes plaintiff to suffer more cuts and injury.

**12.**

The cert team arrives and the cell door is finally open, James Penson is taken out first cause plaintiff is at the back of cell. Plaintiff glance into Mirror and discover he has been severely cut by Penson. Avnett Toy, Sgt. Boston and Patrick Delouch all had been fore warned by James Penson but failed to do anything about his intentions, leaving Plaintiff in life Condition.

Attachment pg. cont.

## Statement of Claim

### 13.

Plaintiff goes into a state of shock from the sight of his blood and the close cuts to his heart, the Plaintiff also suffered from mental illnesses but none of that was considered because no investigation was done,

### 14.

On date of 02-03-10, Following the assault at 1150hrs. Plaintiff was taken to Telfair Prison Clinic where Capt. Sam Zanders witness and saw the cuts and injury but displayed no concern as Captain of Security But seen to display a kind of hostility. The Captain failed to investigate a serious assault on a Prison inmate,

### 15.

The Warden came into room where Plaintiff was being stitched of his cuts, and saw first hand the savage cuts Plaintiff suffered and the lost of blood, the Warden asked who did this and left the room, The Warden failed to Prosecute in local Court a serious assault that he saw results of first hand.

Attachment Cont.

## Statement of Claim

**16.**

Despite the severity of the Plaintiff's injuries the Plaintiff was asked to retrieve a shirt and attend a hearing where he was supposed to be released back into general population, Plaintiff attended that hearing and posed no threat to anyone, Plaintiff was denied release after being assaulted and severely cut.

**17.**

On or about 02-04-10 Plaintiff was asked by officer John Doe to gather his belonging you're being move to isolation. Plaintiff followed instructions but found it to be highly improper, isolation room assignment F-2-420.

**18.**

On 02-17-10 Plaintiff recieved a "Disciplinary Work Sheet" stating that at 1110 hrs a hearing was held and based on evidence presented at hearing the Plaintiff has been recommended to do an additional 35 days in isolation, also 90 days store and phone restriction, The Plaintiff was denied the right to be present at that hearing to present witnesses and ask questions of officers.

Attachment Cont.                Statement of Facts

AOS 19.

The results of the proceedings were pschologically damaging to Plaintiff cause No reason was given No investigation was never done, and a officer of the law that had made promises that he would keep me the Plaintiff in F building until July was now the hearing officer of a hearing the Plaintiff was denied right to attend,

AOS 20.

Capt. Sam Zanders did not alternate his term, cause he had brought charges against Plaintiff 30 days prior and could now make good his promise to keep Plaintiff in isolation for approximately 6 months. With Biases and Partiality the Capt. denied Plaintiff the right to be present at Disciplinary Proceeding.

AOS 21.

Plaintiff suffered 65 days in abnormal prison life due to a vindictive Hearing officer Capt Sam Zanders the Plaintiff also suffered from prostate problems that wors'ng due to this F ADE 65 days of nothing less than an "Atypical Hardship" that when Plaintiff was released he was the same day rushed to a local hospital at the point of Death.

VI.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Wherefore, Dexter Sanford prays for judgment in his favor against all defendants in an amount sufficient to compensate him for actual injury, pain and suffering, a.o.s. mental anguish suffered by him due to constitutional violational and intentional misconduct of defendants, but in no event less than $50,000, and such additional relief as the court may deem just and proper. The Plaintiff also request a jury trial.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __1__ day of __June__ 2011.

Prisoner No. 885759

_____
(Signature of Plaintiff)

SAUNDRA A. HOOD
NOTARY PUBLIC
RICHMOND COUNTY, GEORGIA
MY COMM EXPIRES
JULY 24, 2012

6

Dexter Sanford
3001 Gordon Hwy.
Grovetown, Ga. 30813

Clerk's Office U.S. Courthouse
500 East Ford Street
Augusta, Georgia
30901