ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 SEP -6 AM 9: 34

CLERK _CAdams_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| ALVIN DEXTER SANFORD, | ) |
| Plaintiff, | ) |
| v. | ) CV 311-060 |
| ANNETTA TOBY, Unit Manager, et al., | ) |
| Defendants. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 91).[1] Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for summary judgment is **GRANTED** (doc. no. 59), a final judgment shall be **ENTERED** in favor of Defendants, and this civil action is **CLOSED**.

SO ORDERED this ___ day of September, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

---

[1] After entry of the Report and Recommendation, the Clerk of Court received Plaintiff's opposition to Defendants' notification to the Court of a recent deliberate indifference case decided by the Eleventh Circuit Court of Appeals, Goodman v. Kimbrough, 718 F.3d 1325 (11th Cir. 2013). (See doc. nos. 83, 87.) Plaintiff's objection to the use of Eleventh Circuit case law provides no basis for departing from the Magistrate Judge's recommendation. Plaintiff has had ample time to make any arguments in opposition to the application of relevant case law to the instant case. (See doc. no. 88 (granting extension of time to object to Magistrate Judge's recommendation).)